# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                     Case No. 05-CR-281

JEFFREY BELL,

        Defendant.

## ORDER DENYING REQUEST FOR EARLY
## TERMINATION OF SUPERVISION

The defendant in the above matter has requested early termination of his supervised release. The request will be denied.

It is clear from the report that the defendant has been less than honest concerning his financial circumstances. Based upon the report, the Court is in agreement that should supervision be terminated, the defendant will likely not pay the restitution to the extent that he has the ability to do so. Supervision also serves the important goal of insuring that the defendant continues to comply with state and federal law. Accordingly, the motion is denied.

**SO ORDERED** this ___9th___ day of March, 2012.

                                    s/ William C. Griesbach
                                   William C. Griesbach
                                 United States District Judge